IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEVEN HOGAN, JUSTIN HOGAN, KOBE HOGAN, TRACER NEWSOME and DARRAIL McDANIEL, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:21-CV-1122 (JURY DEMANDED) Removed from the District Court of Bexar County, Texas, 407th Judicial District, Cause No. 2021-CI-21252 |
| *Plaintiffs,* | | |
| v. | | |
| MASTEC NORTH AMERICA, INC., PUMPCO, INC. and ROBERTS RANCH AND INVESTMENTS, INC., | | |
| *Defendant.* | | |

## NOTICE OF REMOVAL

Defendants MasTec North America, Inc. ("MasTec"), Pumpco, Inc. ("Pumpco"), and Roberts Ranch and Investments, Inc. ("Roberts Ranch") (collectively, "Defendants"), hereby remove Cause No. 2020-CI-21252, *Steven Hogan, Justin Hogan, Kobe Hogan, Tracer Newsome and Darrail McDaniel v. MasTec North America, Inc., Pumpco, Inc., and Roberts Ranch and Investments, Inc.,* from the 407th Judicial District Court of Bexar County, Texas pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1441(c), based on federal question jurisdiction. In support of this Notice, Defendants state as follows:

### I.   JURISDICTION

1. This is an employment case by Plaintiffs Steven Hogan, Justin Hogan, Kobe Hogan, Tracer Newsome and Darrail McDaniel (collectively "Plaintiffs") against the above named Defendants. There are no other parties to the state court action. Defendants Pumpco and Roberts Ranch were served with Plaintiffs' Original Petition (the "Petition") on October 15, 2021. Defendant MasTec has not been served but consents to this removal. As required under

28 U.S.C. § 1446(b)(3), this Notice of Removal is filed within thirty days of service of Plaintiffs' Original Petition on Defendants, from which it was first ascertainable that the case had become removable.

2. This Court has original jurisdiction over this action based upon a federal question. Federal question jurisdiction exists when a civil action "aris[es] under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331. Under the well-pleaded complaint rule, a determination as to whether a federal question exists depends upon the allegations of the plaintiff's pleading. *Medina v. Ramsey-Steel Co., Inc.,* 238 F. 3d 674, 680 (5th Cir. 2001.)

3. In this case, the Original Petition squarely asserts a request for relief under the 42 U.S.C. § 1981, a federal statute. (Pet. ¶ 9) Therefore, federal question jurisdiction exists and this case may be removed to this Court. *Medina,* 238 F. 3d at 680 (affirming the denial of plaintiff's motion to remand where pleading sought age discrimination damages only available under the federal ADEA and not under parallel state law); *Lamb v. laird,* 907 F. Supp. 103, 1035 (S.D. Tex. 1995) ("If and when a claim asserted under Title VII of the Civil Rights Act of 1964, or any other federal antidiscrimination statute, Defendants will enjoy the right to remove the action to federal court").

## II. VENUE

4. Venue is proper in this district court under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

## III. MISCELLANEOUS

5. Defendants will file a copy of this Notice of Removal with the clerk of the state court where the suit has been pending.

6. Plaintiffs have demanded a jury trial in the state court suit.

7. This Notice of Removal is accompanied by copies of the following:

a. An Index of matters being filed;

b. All executed process in the state action (**Exhibit A**);

c. Pleadings asserting causes of action,, *e.g.*, petitions, counterclaims, cross-actions, third-party actions, interventions and all answers to such pleadings (**Exhibit B**);

d. All orders signed by the state judge (**Exhibit C**);

e. The state court's docket sheet (**Exhibit D**); and

f. A list of all counsel of record, including addresses, telephone numbers and parties represented (**Exhibit E**).

## IV.   PRAYER

Defendants request that this Court exercise its jurisdiction over this action through its final disposition, including granting Defendants such legal and equitable relief to which Defendants may show themselves justly entitled.

Dated: November 12, 2021

Respectfully submitted,

**SPENCER FANE LLP**

*/s/ Brian W. Zimmerman*
Brian W. Zimmerman
State Bar. No. 00788746
Frederick T. Johnson
State Bar No. 00785429/FBN: 15420
DeAndrea C. Washington
State Bar No. 24070814/FBN: 1057772
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056
Telephone: (713) 552-1234
Facsimile: (713) 963-0859
Email: fjohnson@spencerfane.com
Email: dwashington@spencerfane.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing *Defendants' Notice of Removal* has been served on counsel of record for Plaintiffs as listed below by CM/ECF system and certified mail, return receipt requested on November 12, 2021.

Dennis L. Richard
Law Office of Dennis L. Richard
14255 Blanco Road
San Antonio, Texas 78216
Email: dennislrichardlaw@gmail.com

*Counsel for Plaintiffs*

                                              */s/ Frederick T. Johnson*
                                              Frederick T. Johnson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEVEN HOGAN, JUSTIN HOGAN, KOBE HOGAN, TRACER NEWSOME and DARRAIL McDaniel, | § § § § | |
| *Plaintiffs,* | § § | CIVIL ACTION NO. 5:21-CV-1122 (JURY DEMANDED) |
| v. | § § § | Removed from the District Court of Bexar County, Texas, 407th Judicial District, Cause No. 2021-CI-21252 |
| MASTEC NORTH AMERICA, INC., PUMPCO, INC. and ROBERTS RANCH AND INVESTMENTS, INC., | § § § § § | |
| *Defendant.* | § | |

## INDEX OF MATTERS BEING FILED

1. Notice of Removal;

2. Exhibit A – All executed process in the case;

3. Exhibit B – Pleadings asserting cause of action;

4. Exhibit C - All orders signed by the state judge;

5. Exhibit D – Docket Sheet;

6. Exhibit E - A list of all counsel of record, including address, telephone numbers and parties represented.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| STEVEN HOGAN, JUSTIN HOGAN, KOBE HOGAN, TRACER NEWSOME and DARRAIL McDaniel, § § § § *Plaintiffs,* § § v. § § MASTEC NORTH AMERICA, INC., PUMPCO, INC. and ROBERTS RANCH AND INVESTMENTS, INC., § § § § *Defendant.* § | CIVIL ACTION NO. 5:21-CV-1122 (JURY DEMANDED) Removed from the District Court of Bexar County, Texas, 407th Judicial District, Cause No. 2021-CI-21252 |

# EXHIBIT A

(All executed process in the case)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEVEN HOGAN, JUSTIN HOGAN, <br> KOBE HOGAN, TRACER NEWSOME <br> and DARRAIL McDaniel, <br><br> *Plaintiffs,* <br><br> v. <br><br> MASTEC NORTH AMERICA, INC., <br> PUMPCO, INC. and ROBERTS RANCH <br> AND INVESTMENTS, INC., <br><br> *Defendant.* | § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:21-CV-1122 <br> (JURY DEMANDED) <br><br> **Removed from the District Court of Bexar County, Texas, 407th Judicial District, Cause No. 2021-CI-21252** |

## EXHIBIT B

(Pleadings asserting causes of action, *e.g.,* petitions, counterclaims, cross-actions, third-party actions, interventions and all answers to such pleadings)

1. Plaintiffs' Original Petition

2. Defendants' Original Answer, Defenses, and Affirmative Defenses

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEVEN HOGAN, JUSTIN HOGAN, KOBE HOGAN, TRACER NEWSOME and DARRAIL McDaniel, | § § § § | **CIVIL ACTION NO. 5:21-CV-1122** **(JURY DEMANDED)** |
| *Plaintiffs,* | § § | **Removed from the District Court of** |
| v. | § § | **Bexar County, Texas, 407th Judicial** **District, Cause No. 2021-CI-21252** |
| MASTEC NORTH AMERICA, INC., PUMPCO, INC. and ROBERTS RANCH AND INVESTMENTS, INC., | § § § § | |
| *Defendant.* | § | |

# EXHIBIT C

*No orders signed by the state judge as of date of removal.*